UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SHARYN MCPHERSON and RICHARD MCPHERSON, individually and as a marital community<br><br>Plaintiffs,<br><br>v.<br><br>GENERAL ELECTRIC COMPANY, a corporation, et al.,<br><br>Defendants. | No. C05-5775RBL<br><br>ORDER DENYING PLAINTIFFS' MOTION FOR FEES ON REMAND |

This matter is before the court on the Plaintiffs' Motion for Attorneys' Fees and Costs on Remand [Dkt. 21]. Plaintiff seeks approximately $5500 under 28 U.S.C. §1447(c). Plaintiffs correctly cite *Martin v. Frankilin* 126 S. Ct. 704 (2005) for the proposition that fees are to be awarded "only where the removing party lacked an objectively reasonable basis for seeking removal."

Defendants claim that their removal was reasonable (even correct) and that fees should not be awarded. The Court agrees that Defendants' removal was not without an objectively reasonable basis and that fees are not warranted in this case. For that reason, the Plaintiffs' Motion for Fees [Dkt. 21] is DENIED. Plaintiffs' Motion for Leave to File an Amended Reply Brief [Dkt 29] is DENIED as moot.

DATED this 20th day of June, 2006.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER                                    1